UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**THE CONNAUGHT GROUP, LTD.,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 12-10512 (SMB)<br><br>Substantively Consolidated |

**FINAL DECREE CLOSING THE BANKRUPTCY CASE AND AUTHORIZING
THE DESTRUCTION AND/OR ABANDONMENT OF
THE DEBTORS' BOOKS AND RECORDS**

Upon the motion of The Connaught Group Creditors' Liquidating Trust and Evan Blum, the Liquidating Trustee, seeking the entry of an Order Closing the Bankruptcy Case and Authorizing the Destruction and/or Abandonment of the Debtors' Books and Records (the "Motion"[2]), and the Court having previously entered an Order on October 12, 2012 confirming the Joint First Amended Plan of Liquidation, and the Liquidating Trust having demonstrated that the Plan has been substantially consummated, and it appearing to the satisfaction of the Court that the Plan has been substantially consummated and that the relief sought in the Motion is appropriate, and upon appropriate notice, it is hereby:

**ORDERED AND DECREED** as follows:

1. The bankruptcy case of The Connaught Group, Ltd., Case No. 12-10512, is hereby closed.

---

[1] The Debtors were The Connaught Group, Ltd.; Limited Editions for Her of Nevada LLC; Limited Editions for Her of Branson, LLC; Limited Editions for Her LLC; and WDR Retail Corp. (collectively, the "Debtors," individually, a "Debtor"). The bankruptcy cases for Limited Editions for Her of Nevada LLC; Limited Editions for Her of Branson, LLC; Limited Editions for Her LLC; and WDR Retail Corp. were closed on October 12, 2012 in accordance with Court orders entered in each of the respective cases pursuant to confirmation of the First Amended Joint Plan of Liquidation (the "Plan"). Only the bankruptcy case of The Connaught Group, Ltd. remains open.

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Motion.

26602/2
11/14/2013 26884132.2

2. The Liquidating Trust is hereby authorized to destroy and/or abandon all of the Debtors' books and records.

3. Within ten (10) days of the entry of this Order, the Liquidating Trust shall (i) pay any outstanding amounts due to the Office of the United States Trustee under 28 U.S.C. §1930, and (ii) file with the Court a statement of disbursements for the period of October 1, 2013 until the date this bankruptcy case is closed.

4. That the claims and noticing agent, Kurtzman Carson Consultants LLC ("KCC"), is hereby released and terminated as the claims and noticing agent in these cases under Bankruptcy Rule 2002. 28 U.S.C. § 156(c) and the Court's prior Orders dated February 21, 2013 [Docket No. 46] and March 5, 2012 [Docket No. 101] authorizing KCC's retention. Notwithstanding the foregoing, within thirty (30) days of the entry of this Order, KCC shall forward to the Clerk of the Court (i) all claims and an updated claims register, (ii) a CD of all imaged claims, and (iii) an Excel spreadsheet containing all relevant claims information, along with an updated 2002 list and updated creditor matrix.

5. The (i) claims register, 2002 list and creditor matrix that KCC shall provide to the Clerk of the Court shall be provided in both paper and on disc, in both alphabetical and numerical order, and (ii) the 2002 list disc and creditor matrix disc shall be in .txt format.

6. The fees and expenses of KCC incurred in connection with the above services shall be paid by the Liquidating Trust.

7. The notice provided by the Liquidating Trust of the Motion is hereby determined to be adequate and appropriate.

8.   This Order shall be effective immediately upon its entry.

/s/ STUART M. BERNSTEIN
Honorable Stuart M. Bernstein
United States Bankruptcy Judge

Dated: November 14th 2013
       New York, New York